UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 3:11-cr-00131-LRH-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ENRIQUE BUENROSTRO, | |
| Defendant. | |

Before the court is defendant Enrique Buenrostro's Unopposed Motion for Early Termination of supervised release (ECF No. 225) in which defendant's counsel informs the court that Mr. Buenrostro has been totally compliant during his supervised release (which commenced in November 2017 and is set to expire in November 2023), and during this time he has transformed his life.  He went back to school, graduated with a degree as a HVAC technician, and is working fulltime. He is now married and has children, and he and his wife have just bought their first home.

The court, having reviewed the filing, having noted that there is no opposition by the government or probation, and good cause appearing,

IT IS HEREBY ORDERED that defendant's Unopposed Motion for Early Termination (ECF No. 225) is **GRANTED**, and the court extends its wholehearted congratulations to Mr. Buenrostro for his accomplishments.

IT IS SO ORDERED.

DATED this 31st day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE